JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PHILLIPS 66 COMPANY, | ) Case No. CV 16-0945 FMO (SPx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER REMOVING CASE** |
| SANTA MARIAH CORP., <u>et al.</u>, | ) **FROM ACTIVE CASELOAD** |
| Defendants. | ) |

Having received notice that defendant Rafeek Iskander[1] has filed for Chapter 7 bankruptcy, and in light of the automatic stay provided in 11 U.S.C. § 362, IT IS ORDERED that:

1. All pending motions are **denied without prejudice**

2. This action shall be removed from this court's active caseload until further application by the parties or order of the court. The court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

3. Counsel shall file a joint status report with the court on September 1, 2016, and every one-hundred and twenty (120) days thereafter until completion of the bankruptcy proceedings. Dated this 11th day of July, 2016.

/s/
Fernando M. Olguin
United States District Judge

---

[1] On June 22, 2016, the court granted plaintiff's motion for default judgment against the only other defendant in this action, Santa Mariah Corp. (<u>See</u> Dkt. 29, Court's Order of June 22, 2016).