# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY, | Case No. CV 16-0945 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SANTA MARIAH CORP., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment (Dkt. 29) and the parties' Stipulation to Dismiss Complaint Against Defendant Rafeek Iskander with Prejudice (Dkt. 36), IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff and against defendant Santa Mariah Corporation in the total amount of $259,320.55, plus .59% post-judgment interest.

2. All claims for relief against defendant Rafeek Iskander are dismissed with prejudice.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 10th day of January, 2017.

/s/
Fernando M. Olguin
United States District Judge